# UNITED STATES BANKRUPTCY COURT
## WAW-WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 08-15500-KAO |
|     Macllin J Heaward | |
|     Adelwiza V Heaward | |
|         Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

K. Michael Fitzgerald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2008.

2) The plan was confirmed on 06/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/13/2009, 08/31/2011.

5) The case was converted on 10/07/2011.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $138,880.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,200.00 | |
| Less amount refunded to debtor | $0.00 | |

**NET RECEIPTS:** $6,200.00

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,687.42 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $376.06 | |
| Other | $0.00 | |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,063.48

Attorney fees paid and disclosed by debtor: $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI/VERIZON | Unsecured | NA | 0.00 | 192.90 | 0.00 | 0.00 |
| BASS & ASSOCIATES P C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Becket & Lee LLP | Unsecured | 7,408.91 | 0.00 | 7,408.91 | 22.16 | 0.00 |
| BISHOP WHITE MARSHALL & WEIBE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAL WESTERN RECONVEYANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Secured | NA | 493,542.11 | 0.00 | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Secured | 30,000.00 | 24,039.67 | 0.00 | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.63 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Secured | NA | 201,983.64 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Secured | 10,000.00 | 8,089.21 | 0.00 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 979.67 | 0.00 | 1,007.30 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 5,808.22 | 0.00 | 5,808.22 | 17.37 | 0.00 |
| GMAC | Secured | 2,035.96 | 2,035.96 | 2,035.96 | 1,581.32 | 281.51 |
| GMAC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 2,411.00 | NA | NA | 0.00 | 0.00 |
| JAMES STRICHARTZ LAW OFFICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems  LLC | Unsecured | NA | 0.00 | 155.81 | 0.00 | 0.00 |
| JPMorgan Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEY BANK | Unsecured | NA | 0.00 | 78,278.62 | 234.16 | 0.00 |
| KEY BANK | Unsecured | 5,280.32 | NA | NA | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Secured | NA | 74,825.45 | 0.00 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Secured | 5,600.00 | 7,031.17 | 0.00 | 0.00 | 0.00 |
| LIME FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Macys | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Macys | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PITE DUNCAN LLP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 0.00 | 936.55 | 0.00 | 0.00 |
| Providence Everett Medical Center | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PUGET SOUND ENERGY | Unsecured | 1,000.00 | 0.00 | 2,228.03 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 50.75 | 0.00 | 50.75 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Unsecured | 350.00 | 0.00 | 447.37 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 1,597.42 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 70.75 | 0.00 | 0.00 |
| ROUTH CRABTREE OLSEN PS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEATTLE CITY LIGHT | Unsecured | 865.73 | NA | NA | 0.00 | 0.00 |
| SWEDISH MEDICAL CENTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Thom H Graafstra | Unsecured | 305.22 | 0.00 | 146.40 | 0.00 | 0.00 |
| UNITED COLLECTION SERVICE | Unsecured | 231.52 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Secured | 7,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,035.96 | $1,581.32 | $281.51 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,035.96** | **$1,581.32** | **$281.51** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$98,329.03** | **$273.69** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,063.48 |
| Disbursements to Creditors | $2,136.52 |
| | |
| **TOTAL DISBURSEMENTS :** | **$6,200.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/14/2011                              By: /s/ K. Michael Fitzgerald
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**